UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-271-VMC-AAS

SYWELL ALLEN KELLY

## REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Roger B. Handberg, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant Sywell Allen Kelly, in the above-captioned case, without prejudice, on the ground(s) that:

The defendant was charged with two other individuals for conspiring to distribute five kilograms or more of cocaine, while aboard a vessel subject to the jurisdiction of the United States, and with aiding and abetting the distribution of five kilograms or more of cocaine, while aboard a vessel subject to the jurisdiction of the United States. The Coast Guard brought Kelly's codefendants to the United States, and they were subsequently convicted and sentenced. While traveling to the United States, however, Kelly became very sick and the Coast Guard had to release him to a hospital outside the United States for immediate treatment. Whether Kelly is alive is unknown. Even if he is, his location is unknown.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendant Kelly in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Callan L. Albritton*
Callan L. Albritton
Assistant United States Attorney
Florida Bar No. 0105688
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Callan.Albritton@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 8:18-cr-271-VMC-AAS

SYWELL ALLEN KELLY

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Sywell Allen Kelly, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Kelly, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Kelly.

Dated: _____          _____
                           VIRGINIA M. HERNANDEZ COVINGTON
                           United States District Judge