UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:18-cr-271-VMC-AAS

SYWELL ALLEN KELLY

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Sywell Allen Kelly, without prejudice.   Leave of Court is granted and the Indictment is dismissed against Defendant Kelly, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Kelly.


Dated: 5/2/2023

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE